

LINDA WONG
Member of NJ, PA, NY, VA & DC Bars

lwong@wongfleming.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/11/2020
```

February 10, 2020

**MEMORANDUM ENDORSED**

VIA ECF
The Honorable Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

  Re: **Tony "Tzewen" Wu v. Metropolitan Transportation Authority, et. al.,**
     **Civil Action No. 1:18-cv-06543-GHW**

Dear Judge Woods:

  This firm represents Defendants Metropolitan Transportation Authority and Metro-North Commuter Railroad Company (incorrectly referenced in the Complaint as "Metro North Commuter Railroad Company"), in the above referenced action. This matter is currently set for a telephonic conference to discuss trial scheduling on February 14, 2020 at 1:00 p.m. After having conferred with opposing counsel, we respectfully request that the telephonic conference be adjourned due to a planned vacation that I have scheduled from February 14-18, 2020.

  Plaintiff's counsel has consented to this request. Should the Court grant the request, we note that counsel for both parties are available on February 13 between 9:00 a.m. and 11:00 a.m. or anytime on February 19.

  Thank you for Your Honor's consideration in this regard.

                Respectfully submitted,

                **WONG FLEMING**

                */s/ Linda Wong*

                Linda Wong

Application granted. The telephonic conference scheduled for February 14, 2020 is adjourned to February 19, 2020 at 11:00 a.m.

SO ORDERED.

Dated: February 11, 2020
New York, New York

              _____
              GREGORY H. WOODS
              United States District Judge