UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

TONY "TZEWEN" WU,

                              Plaintiff,

                -against-

METROPOLITAN TRANSPORTATION
AUTHORITY, et al.,

                            Defendants.

-----------------------------------------------------------------X

18-CV-06543 (GHW)(SN)

**SETTLEMENT CONFERENCE ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/2020

**SARAH NETBURN, United States Magistrate Judge:**

       The settlement conference previously scheduled for Friday, September 18, 2020, at 10:00 a.m., is RESCHEDULED for Friday, October 9, 2020, at 2:00 p.m. and will be held telephonically. The Court will provide dial-in information by email before the conference.

       Any updates to the parties' previously submitted *Ex Parte* Settlement Letters and Attendance Acknowledgment Forms shall be submitted by Friday, October 2, 2020. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

                                                                               _____
                                                                                SARAH NETBURN
                                                                                 United States Magistrate Judge

DATED:      September 18, 2020
                    New York, New York