```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/24/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TONY "TZEWEN" WU,                                        :
                                                         :
                              Plaintiff,                 :
                                                         :            1:18-cv-6543-GHW
              -against-                                  :
                                                         :                ORDER
METROPOLITAN TRANSPORTATION                              :
AUTHORITY, and METRO NORTH                               :
COMMUTER RAILROAD COMPANY,                               :
                                                         :
                              Defendants.                :
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

The jury trial scheduled to begin on Tuesday, October 13, 2020 will begin on Monday, October 5, 2020 at 9:00 a.m. The Court will announce the courtroom in which the trial will be held by separate order on a later date.

The final pretrial conference scheduled for Friday, October 2, 2020 at 1:00 p.m. will be held on Wednesday, September 30, 2020 at 12:00 p.m. The conference will be held telephonically. The parties are directed to use the conference call dial-in information and access code noted in the Court's Emergency Rules in Light of COVID-19 available on the Court's website, and are specifically directed to comply with Emergency Rule 2(C).

SO ORDERED.

Dated: September 24, 2020
New York, New York                                     _____
                                                              GREGORY H. WOODS
                                                             United States District Judge