```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TONY "TZEWEN" WU,                                     :
                                                       :
                         Plaintiff,                    :
                                                       :        1:18-cv-6543-GHW
        -against-                                      :
                                                       :        ORDER
METROPOLITAN TRANSPORTATION                           :
AUTHORITY, and METRO NORTH                            :
COMMUTER RAILROAD COMPANY,                            :
                                                       :
                         Defendants.                   :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

Due to the on-going novel coronavirus pandemic, the Southern District of New York has enacted certain protocols designed to ensure the safety of anyone appearing in any Southern District courthouse. This includes a requirement that every person appearing in a Southern District of New York courthouse complete a questionnaire and have their temperature taken. Instructions for completing this questionnaire are attached.

Counsel are directed to ensure their clients, witnesses, and members of their trial team are provided with a copy of this order and its attachment. Completing the questionnaire ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact chambers if any member of your team does not meet the requirements.

        SO ORDERED.

Dated:  October 1, 2020
New York, New York
                                                      _____
                                                             GREGORY H. WOODS
                                                          United States District Judge

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink, or scan the following QR code with a mobile device camera to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

https://app.certify.me/SDNYPublic



Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.