USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

TONY "TZEWEN" WU,                                      :
                                                       :
                                   Plaintiff,          :
                                                       :                1:18-cv-6543-GHW
                     -against-                         :
                                                       :                ORDER
METROPOLITAN TRANSPORTATION                            :
AUTHORITY, and METRO NORTH                             :
COMMUTER RAILROAD COMPANY,                             :
                                                       :
                                   Defendants.  :
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On September 30, 2020 and October 1, 2020, the Court held conferences regarding

Defendants' motions *in limine* filed on August 14, 2020.  Dkt. Nos. 102, 104, 106, 108, 110, 112.  For

the reasons stated on the record, the motions pending at Dkt. Nos. 102, 104, and 108 are DENIED.

The motion pending at Dkt. No. 106 is GRANTED in part and DENIED in part.  The motions

pending at Dkt. Nos. 110 and 112 are GRANTED.

As stated on the record, Defendants are ORDERED TO SHOW CAUSE by October 2,

2020 at 3:00 p.m. why they should not be sanctioned for failing to comply with the Court's June 1,

2020 order, Dkt. No. 90, requiring motions *in limine* to be filed by no later than August 14, 2020.

Plaintiff's response, if any, is due no later than October 3, 2020 at 3:00 p.m.

The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 102, 104, 106,

108, 110, and 112.

SO ORDERED.

Dated:  October 1, 2020
New York, New York                          _____
                                                 GREGORY H. WOODS
                                              United States District Judge