```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/6/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TONY "TZEWEN" WU,

                    Plaintiff,

          -against-

METROPOLITAN TRANSPORTATION
AUTHORITY, and METRO NORTH
COMMUTER RAILROAD COMPANY,

                  Defendants.
-------------------------------------------------------------X

1:18-cv-6543-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On October 5, 2020, the Court held a conference regarding Defendants' three motions *in limine* filed after the August 14, 2020 deadline. Dkt. Nos. 126, 128, 142. For the reasons stated on the record, the motions pending at Dkt. Nos. 128 and 142 are GRANTED. The motion pending at Dkt. No. 126 is DENIED.

At the conference, the Court also ruled on Plaintiff's motion for leave to amend his complaint. Dkt. No. 139. For the reasons stated on the record, that motion is GRANTED.

The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 126, 128, 139, and 142.

SO ORDERED.

Dated: October 5, 2020
New York, New York

                                               GREGORY H. WOODS
                                               United States District Judge