```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/7/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TONY "TZEWEN" WU,                                   :
                                                    :
                          Plaintiff,                :
                                                    :          1:18-cv-6543-GHW
              -against-                             :
                                                    :                ORDER
METROPOLITAN TRANSPORTATION                         :
AUTHORITY, and METRO NORTH                          :
COMMUTER RAILROAD COMPANY,                          :
                                                    :
                          Defendants.               :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On October 6, 2020, the parties agreed on the record to dismiss this action with prejudice.

The Court expects that the parties will file a stipulation of dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii) by October 8, 2020.

SO ORDERED.

Dated:  October 6, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge